[No. 22861-7-I. Division One. July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN W. GRANT, *Defendant,* TERRY L. GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-01287-0, Stuart C. French, J.,

entered October 7, 1988. *Remanded with instructions* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Winsor, JJ.